**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| CRAIG ALFORD, | : | No. 3:14cv13 |
| Plaintiff | : | |
| | : | (Judge Munley) |
| v. | : | (Magistrate Judge Mehalchick) |
| | : | |
| HEARING EXAMINER LAQUISE, et al., | : | |
| Defendants | : | |

:::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::

## ORDER

  **AND NOW**, to wit, this 9th day of July 2014, it is hereby **ORDERED** as follows:

  1) Magistrate Judge Mehalchick's report and recommendation (Doc. 38) is hereby **ADOPTED**;

  2) The plaintiff's objections (Docs. 39 & 40) are **OVERRULED**;

  3) Plaintiff's complaint is **DISMISSED** as legally frivolous and for failure to state a claim upon which relief can be granted;

  4) Plaintiff's motion to file interlocutory appeal (Doc. 43) is **DENIED** as moot; and

  5) The Clerk of Court is directed to close this case.

                                                            **BY THE COURT:**


                                                            **s/ James M. Munley**
                                                            **JUDGE JAMES M. MUNLEY**
                                                            **United States District Court**